[No. 70406-1-I.   Division One.   July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. K.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-8-00107-3, Barbara A. Mack, J., entered May 22, 2013. *Reversed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 70426-5-I.   Division One.   July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAHAD V.D. HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-02838-1, Barbara A. Mack, J., entered May 29, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 70427-3-I.   Division One.   July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAHAD V.D. HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-02567-5, Barbara A. Mack, J., entered May 29, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Dwyer and Leach, JJ.

[No. 70428-1-I.   Division One.   July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAHAD V.D. HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-02861-5, Barbara A. Mack, J., entered May 29, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Schindler, J.